UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

MAY 07 2024

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) CAUSE NO. | 1:24-cr-00072-TWP-TAB |
| | ) | |
| DESHA MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

## General Allegations

At all times material to this Indictment:

1.      The Supplemental Nutrition Assistance Program ("SNAP") is a federally funded, nationwide program that provides food assistance to low and no income people and families living in the United States.

2.      SNAP is jointly administered by the United States Department of Agriculture Food and Nutrition Service and state agencies.  In Indiana, the Family and Social Services Administration ("FSSA") is responsible for ensuring federal regulations are initially implemented and consistently applied in each county.

3.      SNAP benefits are used to buy eligible items, such as food, at any store approved by the United States Department of Agriculture ("USDA").

4.      Indiana uses an Electronic Benefits Transfer ("EBT") system to distribute SNAP benefits, which can be accessed with a plastic EBT card, similar to an ATM or debit card.

1

5.      SNAP benefits are determined based on certain financial criteria, including income and asset limits.  The amount of benefits is determined based on household size and gross monthly income.

6.      To apply for SNAP benefits in Indiana, a person must complete an application through FSSA and can choose one of several methods to do so, including an electronic submission.  Applicants must sign their applications and certify under penalty of perjury that all of the information provided is complete and correct.

7.      After a person submits an application for SNAP benefits, the Indiana Division of Family Resources ("DFR") conducts an interview with the applicant, which may be telephonic.

8.      Once eligibility is determined, the recipient is issued an EBT card.  The EBT card is mailed to the applicant's mailing address, as provided on the application.  The specific predetermined SNAP benefit amount is transferred onto the EBT card each month for the period of authorization determined by the state.

9.      When paying for qualifying groceries or goods, the EBT card is run through an electronic reader or a Point-of-Sale terminal at checkout.

### Scheme to Defraud

10.     Beginning as early as in or about April 2020, and continuing through at least in or about July 2022, Morris devised and executed a scheme to defraud the United States and an agency thereof, that is, the USDA, and to obtain money from SNAP, by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, as further described below (the "Scheme").

11.     The objective of the Scheme was for Morris to enrich herself by fraudulently obtaining SNAP benefits with the purpose to acquire, sell, transfer, and use such SNAP benefits.

12.    As part of the Scheme, Morris fraudulently obtained SNAP benefits to which she was not entitled.  Morris submitted fraudulent applications for SNAP benefits using falsified paperwork and identification, including drivers' licenses, dates of births, and Social Security numbers.

13.    Morris listed several addresses located in the Southern District of Indiana on the fraudulent applications as the mailing addresses for which to receive EBT cards, causing EBT cards to be mailed to Morris at those addresses.

14.    As part of the Scheme, Morris transferred SNAP benefits to other individuals in the Southern District of Indiana in exchange for payment in U.S. currency.

15.    Morris also used the fraudulently obtained SNAP benefits to purchase items for herself, knowing she was not entitled to receive these benefits.

16.    Through the Scheme, Morris fraudulently attempted to receive at least approximately $582,087.00 in SNAP benefits.  Morris did in fact obtain at least approximately $538,049.00 in SNAP benefits.

Counts 1 - 10
Mail Fraud
18 U.S.C. § 1341

17.    Paragraphs 1 through 16 are incorporated and realleged as if set forth herein.

18.    Beginning around on or about November 17, 2020, and continuing through at least on or about November 21, 2021, in the Southern District of Indiana, the defendant, DESHA MORRIS, having devised and intended to devise a scheme or artifice to defraud and for obtaining money and property by means of false or fraudulent pretenses, representations, or promises, did, for the purpose of executing such scheme described above and attempting to do

3

so, knowingly cause to be delivered by mail or by any private or commercial interstate carrier a matter for the purpose of executing the scheme for each mailing identified below:

| Count | Applicant Name | Application On or About Date | Mailing Address |
|---|---|---|---|
| 1 | Sarah Terry | November 17, 2020 | 14427 Cuppola Dr Noblesville, IN 46060 |
| 2 | Theresa Anthony | November 23, 2020 | 14427 Cuppola Dr Noblesville, IN 46060 |
| 3 | Tamika Avis | November 25, 2020 | 14427 Cuppola Dr Noblesville, IN 46060 |
| 4 | Patrice Banks | November 28, 2020 | 14427 Cuppola Dr Noblesville, IN 46060 |
| 5 | Jessica Brewer | April 26, 2021 | 6856 Brendon Way N Dr Indianapolis, IN 46226 |
| 6 | Theresa Anthony | May 21, 2021 | 6856 Brendon Way N Dr Indianapolis, IN 46226 |
| 7 | Lillian Andrews | June 28, 2021 | 6856 Brendon Way N Dr Indianapolis, IN 46226 |
| 8 | Janae Backer | August 2, 2021 | 6856 Brendon Way N Dr Indianapolis, IN 46226 |
| 9 | Hannah Burns | August 16, 2021 | 6856 Brendon Way N Dr Indianapolis, IN 46226 |
| 10 | Tasha Baily | September 21, 2021 | 6856 Brendon Way N Dr Indianapolis, IN 46226 |

Each of which is a violation of Title 18, United States Code, Section 1341.

<u>Count 11</u>
Benefits Fraud
7 U.S.C. § 2024(b)

20.    Paragraphs 1 through 19 are incorporated and realleged as if set forth herein.

21.    Between in or about April 2020, and continuing through at least in or about July 2022, in the Southern District of Indiana, the defendant, DESHA MORRIS, did knowingly use, transfer, acquire, alter, and possess SNAP benefits, and such SNAP benefits were of a value of

4

$5,000 or more, in a manner contrary to the statutes and regulations governing the SNAP program, in violation of Title 7, United States Code, Section 2024(b).

Count 12
Benefits Fraud
7 U.S.C. § 2024(c)

22.    Paragraphs 1 through 21 are incorporated and realleged as if set forth herein.

23.    On or about the date listed below, in the Southern District of Indiana, the defendant, DESHA MORRIS, did present and cause to be presented for payment and redemption, SNAP benefits of the value of $100 or more, knowing the same to have been received, transferred and used in any manner in violation of the statutes and regulations governing the SNAP program.

| Count | On or About Date | Name on EBT Card | EBT Card Number (Ending In) | Location of Purchase | Amount |
|---|---|---|---|---|---|
| 12 | February 11, 2022 | Janae Backer | 2272 | Meijer, McCordsville, IN | $281.19 |

All of which is a violation of Title 7, United States Code, Section 2024(c).

FORFEITURE

24.    The allegations contained in Counts 1 through 10 of this Indictment are incorporated and realleged as if set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A).

25.    Upon conviction of the offenses in violation of Title 18, United States Code, Section 1341, as set forth in Counts 1 through 10 of this Indictment, the defendant, DESHA MORRIS, shall forfeit to the United States of America, pursuant to Title 18, United States Code,

5

Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations. Further, upon conviction, the United States will seek an order of forfeiture in the form of a money judgment, representing the proceeds that the Defendant realized from the offense.

26. The allegations contained in Counts 11 and 12 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 7, United States Code, Section 2024(f) and 18 United States Code Section 981(a)(1)(C).

27. Upon conviction of the offenses in violation of Title 7, United States Code, Section 2024 set forth in Counts 11 and 12 of this Indictment, the defendant, DESHA MORRIS, shall forfeit to the United States of America, any nonfood items, moneys, negotiable instruments, securities, or other things of value that are furnished by any person in exchange for benefits, or anything of value obtained by use of an access device pursuant to 7 United States Code Section 2024(e) and any property real and personal used in a transaction or attempted transaction, to commit, or to facilitate the commission of the offenses, or proceeds traceable to a violation of the offense, pursuant to 7 United States Code Section 2024(f). The property includes but is not limited to: include anything to be forfeited that facilitated the offense that is not contraband.

28. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Sections 982(b) and Title 28, United States Code, Section 2461(c), the court shall order the forfeiture of any other property of the Defendant, up to the value of any property described herein if, by any act or omission of the Defendant, the property described herein, or any portion thereof:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

6

c.       has been placed beyond the jurisdiction of the court;

d.       has been substantially diminished in value; or

e.       has been commingled with other property which cannot be divided

without difficulty.

A TRUE BILL:

FOREPERSON


ZACHARY A. MYERS
United States Attorney


By: _Meredith Wood_
Meredith Wood
Assistant United States Attorney
::KMS

7